IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-po-00108-KJN |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND RECALL BENCH WARRANT |
| v. | ) | |
| MIKEL R. RUBINO, | ) | DATE:  March 14, 2017 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00108-KJN is GRANTED.

It is further ordered that the bench warrant issued March 27, 2017, is recalled.

IT IS SO ORDERED.

Dated: August 19, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE